Feb 27 06 03:53p                                                                p.2

## American Italian Pasta Company
## Indemnification Expense Advancement Repayment Undertaking

I, Timothy S. Webster, hereby undertake to repay all or a portion of amounts advanced on my behalf pursuant to the agreement with American Italian Pasta Company to indemnify me, if a final adjudication of a court or administrative agency having jurisdiction in the matter determines that I am not entitled to indemnification with respect to all or a portion of the amounts advanced.

_____
Name: Timothy S. Webster

2-26-06
Date

KC-1359151-1

# Exhibit B

RECEIVED TIME FEB. 27. – 2:59PM