## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AMERICAN ITALIAN PASTA COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CV-2662 CM/DJW |
| | ) | |
| TIMOTHY S. WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, American Italian Pasta Company, and Defendant, Timothy S. Webster, by and through their counsel of record, hereby stipulate and agree that this case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated:  June 1, 2011                Respectfully submitted,

/s/ Derek T. Teeter
Michael E. Norton            KS # 17508
Derek T. Teeter             KS # 23242
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
michael.norton@huschblackwell.com
derek.teeter@huschblackwell.com

ATTORNEYS FOR PLAINTIFF AIPC

/s/ Christopher S. Shank
Christopher S. Shank        D. Kan. #70262
Stephen J. Moore           KS # 23038
Shank & Hamilton P.C.
2345 Grand Blvd., Suite 1600
Kansas City, Missouri 64108
(816) 471-0909
(816) 471-3888 (FAX)
chriss@shankhamilton.com
sjm@shankhamilton.com

KCP-4090637-1

ATTORNEYS FOR DEFENDANT TIMOTHY S. WEBSTER

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was filed by CM/ECF this 1st day of June, 2011, which sent electronic notification to:

Christopher S. Shank
Stephen J. Moore
Shank & Hamilton, P.C.
2345 Grand Ave., Suite 1600
Kansas City, MO 64108
(816) 471-0909
(816) 471-3888 (FAX)
chris@shankhamilton.com
sjm@shankhamilton.com

ATTORNEYS FOR DEFENDANT
TIMOTHY S. WEBSTER

/s/ Derek T. Teeter
Attorney